UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sue Anderson, et al. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>Indevus Pharmaceuticals, Inc., et al. )<br>)<br>    Defendants. )<br>) | CIVIL ACTION<br>NO. 04-11182 GAO |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.


Dated:  June 12, 2004                    /s/ Janice W. Howe
                                         William A. McCormack  BBO #329580
                                         Janice W. Howe BBO #242190
                                         David Yamin BBO #562216
                                         Bingham McCutchen LLP
                                         150 Federal Street
                                         Boston, MA  02110
                                         (617) 951-8000
                                         *Counsel for Defendants Wyeth and*
                                         *Wyeth Pharmaceuticals, Inc.*

LITDOCS/555950.1